UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-v-                                          **CASE NO. 6:09-CR-49-ORL-35KRS**

**YVON DORT**

_____

## ORDER

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 26, filed June 3, 2009) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 26) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant Yvon Dort has entered a plea of guilty to Counts Three and Four of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts Three and Four of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 22nd day of June, 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services